UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
MARK LABREW,

                Plaintiff,

        - against -

THE CITY OF NEW YORK, SGT. DANIEL
SBARRA, POLICE OFFICERS JORGE
ULLOA, MICHAEL PETITTO, GREGORY
LARSEN, FAWAD KHAN, JOHN A. KEALY,
FRANK GALATI, and DETECTIVE JAMES
DELUMEN
                Defendants.
------------------------------------X

07 CV 4641

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK:
COUNTY OF NEW YORK   ss:

<u>Jessica Stone</u> being duly sworn deposes and says Deponent is not a party to this action, over the age of eighteen years and resides in the State of New York.

That on June 6, 2007 at approximately 12:35 pm at

LOCATION OF SERVICE

The City of New York
100 Church Street, 4th Floor
New York, NY 10007

Deponent served the within Subpoena on Community Board 8 by personally delivering and handing thereat a true copy of each to <u>Garry Jean-Gilles</u>, a person of suitable age and discretion. Description: Age:<u>30</u>, Sex: <u>M</u>, Race: <u>B</u>, Hgt:<u>5'6"</u>, Wgt: <u>150</u>, Hair: <u>brown</u>, Glasses: <u>no</u>.

I declare under penalty of perjury that the information contained herein is true and correct and this affidavit was executed on June 6, 2007, City and State of New York.

_____
Jessica Stone

Sworn to me on __6/6/07__

Notary Public _____

CARMEN S. GIORDANO
NOTARY PUBLIC, STATE OF NEW YORK
NO. 02GI6071065
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES