UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

MARK LABREW,

                                  **AFFIDAVIT OF SERVICE**

                **Plaintiff,**

                                  **Civ. No.   07 cv  4641**

            **- against -**

**THE CITY OF NEW YORK, SGT. DANIEL
SBARRA, POLICE OFFICERS JORGE ULLOA,
MICHAEL PETITTO, GREGORY LARSEN,
FAWAD KHAN, JOHN A. KEALY, FRANK
GALATI, and DETECTIVE JAMES DELUMEN,**

                  **Defendants.**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**STATE OF NEW YORK:**

**COUNTY OF NEW YORK    ss:**

<u>Carmen S. Giordano</u> being duly sworn deposes and says Deponent is not a party to this action, over the age of

eighteen years and resides in the State of New York.

That on June 6, 2007 at approximately 12:35 p.m. at

**LOCATION OF SERVICE**

**New York City Law Department**

**100 Church Street, 4th Floor**

**New York, NY 10007**

Deponent served the within Complaint and Summons on defendant **THE CITY OF NEW YORK** by personally
delivering and handing to the receptionist thereat a true copy of each to <u>Gary Jean-Gilles</u>, a person of suitable age and
discretion. Description: Age: 30, Sex: <u>M</u>, Race: <u>B</u>, Hgt: <u>5'6"</u>, Wgt: <u>150</u>, Hair: <u>Brown</u>, Glasses: <u>No</u>.

I declare under penalty of perjury that the information contained herein is true and correct and this affidavit was
executed on _9-5-07_ , City and State of New York.

Carmen S. Giordano

                              Sworn to me on _9-5-07_

                              Notary Public

                                  **Michael J. Cazel
Notary Public - State of New York
No. 01CA6052175
Commission Expires Dec. 11, 2010**