UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Mark Labrew

v.

City of New York, et al.

------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: June 24 2008

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

07 Civ. 4641 (DAB)(DFE)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

_X_ Specific Non-Dispositive Motion/Dispute:*
Discovery Dispute per parties
6/5/08, 6/13/08, 6/23/08 Letters.

___ If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

_X_ Settlement*

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
Purpose: _____

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)
Particular Motion: _____

All such motions: ___

* Do not check if already referred for general pretrial.

SO ORDERED.

DATED: New York, New York
June 24, 2008

Deborah A. Batts
United States District Judge