LAW OFFICES
**CARMEN S. GIORDANO**
225 BROADWAY, 40TH FLOOR
NEW YORK, NY 10007

(212) 406-9466
TELECOPIER (212) 406-9410
carmen@csgiordano.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/11/08

September 10, 2008

**VIA FACSIMILE**
Judge Deborah A. Batts
United States District Court
United States Courthouse
500 Pearl Street, Room 2510
New York, NY 10007

Re: Mark Labrew v. City et. al.
07 cv 4641 (DAB)

**MEMO ENDORSED**

Your Honor:

Counsel for all parties write to request an enlargement of time for the completion of discovery pursuant to Magistrate Eaton's suggestion that any such requests would have to be made to your Honor. Previously, the Court directed a discovery dispute to Magistrate Eaton and the parties have been attempting to resolve these discovery issues. Deposition discovery had been ordered stayed until the document discovery issues could be resolved. This morning Magistrate Eaton held a telephone conference to resolve the discovery issues and established a time frame for compliance along with an October 29, 2008 settlement conference.

The parties respectfully request that the Court extend fact discovery until March 2, 2009, expert disclosures shall be served by March 20, 2009, any dispositive motions shall be filed on or before May 14, 2009.

*Granted /DAB*

Respectfully submitted,

Carmen S. Giordano

CSG/js
cc. Sarah Evans, Esq.

**SO ORDERED**

*Deborah A. Batts*
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE